RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702)388-6261/Fax
rebecca_levy@fd.org

Attorney for Marcus Ricardson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>MARCUS RICHARDSON,<br><br>       Defendant, | Case No.   2:16-cr-291-GMN-PAL<br><br>UNOPPOSED MOTION TO MODIFY<br>CONDITIONS OF RELEASE |

The Defendant, Marcus Richardson, through his attorney, Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, respectfully moves this Honorable Court to modify condition of his release.

DATED this November 14, 2016

                                        RENE L. VALLADARES
                                      Federal Public Defender

                            By   */s/ Rebecca Levy*
                                    REBECCA LEVY
                                    Assistant Federal Public Defender
                                    Attorney for Marcus Richardson

## ARGUMENT

On September 30, 2016, Mr. Richardson made his initial appearance on a complaint alleging, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Conspiracy to Distribute Heroin. Docket #1. Mr. Richardson was released with certain conditions. One of those conditions, #32, requires Mr. Richardson to avoid all contact directly or indirectly with the co-defendant(s) unless in the presence of counsel. Mr. Richardson is requesting this condition be removed. The government and Pre-Trial Services have no objection to this request.

Co-defendant, Johnny Tovar, is Mr. Richardson's brother-in-law. Mr. Richardson's wife has custody of her younger brother and sister. These siblings are also Mr. Tovar's siblings. The condition preventing contact between the co-defendant's prevents Mr. Tovar and his younger siblings from having contact. This condition has also prevented Mr. Tovar from having contact with his sister, Mr. Richardson's wife. Likewise, Mr. Epps is a very close family friend who has been a part of the Richardson's family for a long time.

The government does not object to this request nor does Pre-Trial Services. Ms. Richardson has been compliant since his release.

## CONCLUSION

Accordingly, we are respectfully requesting this modify the conditions of Mr. Richardson's release to remove the condition of no contact with co-defendants.

Respectfully Submitted, this November 14, 2016

RENE L. VALLADARES
Federal Public Defender

By  */s/ Rebecca Levy*
REBECCA LEVY
Assistant Federal Public Defender
Attorney for Marcus Richardson

IT IS SO ORDERED.

DATED: November 15, 2016

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF ELECTRONIC SERVICE

The undersigned hereby certifies that she is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on, November 14, 2016, she served a copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** by electronic mail to all parties of record including the persons named below:

      DANIEL BOGDEN
      United States Attorney

      ROBERT KNIEF
      Assistant United States Attorney

                                      */s/ Nany Vasquez, Legal Assistant*
                                      Employee of the Federal Public Defender