RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
rebecca_levy@fd.org

Attorney for Marcus Ricardson

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:16-cr-291-GMN-PAL-1 |
| Plaintiff, | UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE |
| v. | |
| MARCUS RICHARDSON, | |
| Defendant, | |

   The Defendant, Marcus Richardson, through his attorney, Rene L. Valladares, Federal Public Defender, and Rebecca Levy, Assistant Federal Public Defender, respectfully moves this Honorable Court to modify condition of his release.

   DATED this 25th day of June, 2018.

            RENE L. VALLADARES
            Federal Public Defender

         By */s/ Rebecca Levy*
            REBECCA LEVY
            Assistant Federal Public Defender
            Attorney for Marcus Richardson

**ARGUMENT**

On September 30, 2016, Mr. Richardson made his initial appearance on a complaint alleging, a violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), Conspiracy to Distribute Heroin. Docket #1. Mr. Richardson was released with certain conditions. One of those conditions, #20, restricts Mr. Richardson from travel outside of Nevada Mr. Richardson is requesting this condition be modified to allow him to travel with his wife to Santa Monica, California from July 6, 2018 through July 8, 2018. The government and Pre-Trial Services have no objection to this request. The government does not object to this request.

Mr. Richardson has been complying with all conditions of his release for almost two-years and has had no problems. The government does not object to this request.

**CONCLUSION**

Accordingly, we are respectfully requesting this Court modify the conditions of Mr. Richardson's release to allow him to travel to Santa Monica, California from July 6, 2018 through July 8, 2018.

Respectfully Submitted,

RENE L. VALLADARES
Federal Public Defender

By  */s/ Rebecca Levy*
REBECCA LEVY
Assistant Federal Public Defender
Attorney for Marcus Richardson

IT IS SO ORDERED.

DATED: June 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

2

**CERTIFICATE OF ELECTRONIC SERVICE**

The undersigned hereby certifies that he is an employee of the Federal Public Defender for the District of Nevada and is a person of such age and discretion as to be competent to serve papers.

That on, June 25, 2018, he served a copy of the above and foregoing **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE** by electronic mail to all parties of record including the persons named below:

DAYLE ELIESON
United States Attorney
ROBERT KNIEF
Assistant United States Attorney
501 Las Vegas Blvd. South
Suite 1100
Las Vegas, NV 89101

*/s/ Brandon Thomas, Legal Assistant*
Employee of the Federal Public Defender