RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Marcus Richardson

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS RICHARDSON,<br><br>Defendant. | Case No. 2:16-cr-00291-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Marcus Richardson, that the Sentencing Hearing currently scheduled on September 27, 2019 at 11:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than twenty-five (25) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather documents for mitigation.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the second stipulation to continue filed herein.

DATED this 18th day of September, 2019.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
| */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender | */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00291-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS RICHARDSON, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, September 27, 2019 at 11:30 a.m., be vacated and continued to October 25, 2019 at the hour of 11:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

DATED this  20  day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE