RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Marcus Richardson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS RICHARDSON,<br><br>　　　　　Defendant. | Case No. 2:16-cr-00291-GMN-DJA<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Third Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Nicholas A. Trutanich, United States Attorney, and Robert Knief, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Marcus Richardson, that the Sentencing Hearing currently scheduled on October 25, 2019 at 11:00 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than ninety (90) days.

The Stipulation is entered into for the following reasons:

1. Counsel for the defendant needs additional time to gather mitigation information for Mr. Richardson, which is relevant to the sentencing disposition of this case.

2. The defendant is not incarcerated and does not object to the continuance.

3. The parties agree to the continuance.

This is the third stipulation to continue filed herein.

DATED this 9th day of October, 2019.

| RENE L. VALLADARES<br>Federal Public Defender | NICHOLAS A. TRUTANICH<br>United States Attorney |
|---|---|
|    */s/ Rebecca A. Levy*<br>By_____<br>REBECCA A. LEVY<br>Assistant Federal Public Defender |    */s/ Robert Knief*<br>By_____<br>ROBERT KNIEF<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:16-cr-00291-GMN-DJA |
| Plaintiff, | **ORDER** |
| v. | |
| MARCUS RICHARDSON, | |
| Defendant. | |

IT IS ORDERED that the sentencing hearing currently scheduled for Friday, October 25, 2019 at 11:00 a.m., be vacated and continued to Thursday, January 23, 2020, at the hour of 10:00 a.m. in Courtroom 7D before Judge Gloria M. Navarro.

IT IS FURTHER ORDERED that this is a firm sentencing date and no further continuances will be granted without a hearing to demonstrate a sufficient basis for delay.

DATED this __10__ day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE